FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 18 2023

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLIFTON D. DAVIS, JR.,

    Defendant.

4:23CR 3088

**SEALED**

INDICTMENT
18 U.S.C. § 922(a)(6) and 924(a)(2)
18 U.S.C. § 922(d)(3) and 924(a)(8)

The Grand Jury charges that

### COUNT I

On or about February 8, 2023, in the District of Nebraska, CLIFTON D. DAVIS, JR., Defendant herein, in connection with the acquisition of a firearm, to wit: a Glock 19x 9mm from Bigshots Indoor Range, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Bigshots Indoor Range, LLC, which statement was intended and likely to deceive Bigshots Indoor Range, LLC, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that he was not an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact the defendant knew he was an unlawful user or addict.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT II

On or about February 9, 2023, in the District of Nebraska, CLIFTON D. DAVIS, JR., Defendant herein, in connection with the acquisition of a firearm, to wit: a Beretta Nano 9mm

from Thunder Alley Indoor Shooting Range, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Thunder Alley Indoor Shooting Range, LLC, which statement was intended and likely to deceive Thunder Alley Indoor Shooting Range, LLC, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that he was not an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact the defendant knew he was an unlawful user or addict.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT III

On or about February 11, 2023, in the District of Nebraska, CLIFTON D. DAVIS, JR., Defendant herein, in connection with the acquisition of firearms, to wit: a Diamondback DB9 9mm and a SCCY CPX-1 9mm, from Thunder Alley Indoor Shooting Range, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Thunder Alley Indoor Shooting Range, LLC, which statement was intended and likely to deceive Thunder Alley Indoor Shooting Range, LLC, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that he was not an unlawful user of or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact the defendant knew he was an unlawful user or addict.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT IV

On or about June 6, 2023, in the District of Nebraska, CLIFTON D. DAVIS, JR., Defendant herein, knowing he was an unlawful user of and addicted to a controlled as defined in 21 U.S.C. Sec. 802 did knowingly possess a firearm and ammunition to wit:

An American Tactical Omni Hybrid ARP, 5.56mm handgun,

32 S&B 9mm rounds,

83 .22 rounds,

38 .40 S&W rounds.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

DANIELLE FLIAM
Assistant United States Attorney

3