IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLIFTON D. DAVIS, JR.,<br><br>　　　　　　Defendant. | 4:23CR3088<br><br>**ORDER** |

Defendant has moved to dismiss Counts I-IV of the indictment. Counts I through III allege Defendant violated 18 U.S.C. § 922(g)(6), and Count IV alleges a violation of 18 U.S.C. § 922(g)(3). Defendant's supporting argument primarily addresses § 922(g)(3), but he also argues (albeit briefly) that § 922(g)(6) is unconstitutionally vague. (Filing No. 26, at CM/ECF pp. 20-21).

Likely due to an oversight, the government's responsive brief does not address the constitutionality of § 922(g)(6). (Filing No. 27).

Accordingly,

IT IS ORDERED that on or before November 29, 2023, the government shall file a supplemental brief addressing the constitutionality of § 922(g)(6).

Dated this 18th day of November, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge