IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFTON D. DAVIS JR.,<br><br>Defendant. | **4:23CR3088**<br><br><br>**ORDER** |

Before the Court is Defendant's unopposed motion to review detention (Filing No. 75) which this Court construes as a temporary release from custody to attend a funeral. The government has advised the Court that it is not opposed to the motion so long as Defendant has no contact with Jerrion Murray during the period of temporary release. Accordingly,

IT IS ORDERED:

1) Defendant's unopposed motion (Filing No. 75) is granted.

2) Defendant shall be released at 8:00 a.m. on July 26, 2024 to attend his father's funeral in Ripley, Tennessee on July 27, 2024 at 2:00 p.m.

3) Defendant will be picked up from the Saline County Jail by Angela Brown, who is providing the transportation for Defendant's temporary release from custody. Defendant shall stay with Angela Brown during his temporary release from custody.

4) Defendant shall return to Saline County Jail in Wilber, Nebraska no later than 8:00 p.m. on July 29, 2024.

5) During this period of temporary release:

   a) Defendant shall have no direct or indirect contact with Jerrion Murray;
   b) Defendant is to abide by this Court's prior Order setting Conditions of Release at Filing No. 20 (which has since been revoked). However, Defendant is not required to comply with

the additional conditions of release set forth in subparagraphs "d" and "q" of such order during this period of temporary release.

6)      The clerk shall provide a copy of this order to the Marshal.

Dated this 19th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge