IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3088 |
| vs. | ORDER |
| CLIFTON D. DAVIS, JR., | |
| Defendant. | |

This matter is before the Court on a petition for action on conditions of pretrial release (filing 66). The defendant was sentenced to a term of imprisonment on June 24, 2024, and was granted the opportunity to self-surrender to the Bureau of Prisons on August 28, 2024. The defendant remained subject to the terms of his pretrial release pending self-surrender.

The petition alleges that the defendant violated the terms of pretrial release in several respects. Filing 66 at 1. The defendant has waived a hearing on them. *See* filing 71. Accordingly, pursuant to 18 U.S.C. §§ 3142 & 3143,

IT IS ORDERED:

1. The petition for action on conditions of pretrial release (filing 66) is granted.

2. The defendant's release pending self-surrender is revoked.

3. The United States Marshal shall transfer the defendant to the Bureau of Prisons for service of sentence.

4. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 30th day of July, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge