IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFTON D. DAVIS, JR.,<br><br>Defendant. | 4:23-CR-3088<br><br>ORDER |

The above-named defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 85) is granted.

2. Assistant Federal Public Defender Korey L. Reiman is appointed.

3. The government shall respond to the defendant's motion to vacate (filing 84) on or before October 23, 2026.

4. The defendant may reply in support of his motion on or before November 6, 2026.

Dated this 23rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge